Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Matthew H. Aguirre, Bar No. 270388
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211
ecf@theryanfirm.com

Attorneys for Secured Creditor/Interested Party, Russell D. Harris

**FILED & ENTERED**

MAR 23 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| In re:<br><br>Sabrina Cupid<br><br>　　　　Debtor. | CASE NO.: 2:25-bk-19902-NB<br><br>Chapter 13<br><br>Assigned for All Purposes to<br>Hon. Neil W. Bason<br><br>**ORDER DENYING ON A FINAL BASIS ANY ADDITIONAL RELIEF ON DEBTOR'S "COMPLIANCE MOTION"**<br><br>Date:　　　March 12, 2026<br>Time:　　　8:30 a.m.<br>Crtrm:　　　1545 |

THE RYAN FIRM
A Professional Corporation

1

Order

**THE RYAN FIRM**
A Professional Corporation

Before the Court is Debtor's motion to compel Russell D. Harris to comply with the Court's February 2026 orders re: Debtor's Rule 2004 motion and Debtor's RESPA motion (the "Compliance Motion"). (Debtor's Compliance Motion and related papers: Dkt. 139, 140; Orders with which Debtors seeks compliance: Dkt. 116, 117.) The Court finds that Debtor did not properly notice the Compliance Motion for hearing and, in any event, construing it as a response to the accounting provided by Mr. Harris in response to the Court's prior orders, Debtor's response is unpersuasive. Accordingly, the Court hereby <u>ORDERS that </u>Debtor's Compliance Motion <u>is</u> DENIE<u>D.</u>

IT IS SO ORDERED.

###

Date: March 23, 2026

Neil W. Bason
United States Bankruptcy Judge

2

Order