# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
116 W Tichenor St
Compton, CA 90220

A true and correct copy of the foregoing document entitled (*specify*): F 9075-1.1.Order.Short.Notice Granting Application and Setting Hearing On Shortened Notice On Ex Parte Application for Order Shortening Time and Notice of Emergency Motion to Avoid Judicial Lien

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/03/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Kathy A Dockery
801 Figueroa Street, Suite 1850,
Los Angeles, CA 90017
TRUSTEE@LATRUSTEE.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _04/02/2026_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Tracey Michelle Lyons-White 2000 Park Street. Suite Suite 101 Box 1609 Columbia, SC 29201
Lyonstm@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/02/2026 | Chris Ryan | *Chris Ryan* (signature) |
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          **F 9013-3.1.PROOF.SERVICE**

 **Gmail**

**Sabrina Cupid <brinacupid@gmail.com>**

---

## Sabrina Cupid | Case# 25-bk-19902-NB

1 message

---

**Chris Ryan** <Chris_ryan06@outlook.com>                         Fri, Apr 3, 2026 at 12:05 PM
To: Sabrina Cupid <brinacupid@gmail.com>

Hello Ms. Cupid,

I have attached the signed proof of service. Please let me know if I can help you with anything
else.


Warm Regards,
Chris Ryan

---

**From:** Chris Ryan <Chris_ryan06@outlook.com>
**Sent:** Thu, April 2, 2026 3:52:26 PM
**To:** <Lyonstm@gmail.com>
**Subject:** Sabrina Cupid | Case# 2:25-bk-19902-NB


### Service of Court Document

| Style | *Sabrina Cupid* |
|---|---|
| **Case No.** | 25-bk-19902-NB |
| **Court** | BANKRUPTCY OF THE STATE OF CALIFORNIA LOS ANGELES COUNTY |
| **Court Document/Pleading** | ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE; EX PARTE APPLICATION FOR ORDER SHORTENING TIME AND NOTICE OF EMERGENCY MOTION TO AVOID JUDICIAL LIEN |

| Date | APRIL 2, 2026 |
| --- | --- |

---

**25-19902-NB Cupid OST.pdf**
626K

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for*: | **FILED & ENTERED**<br><br>**APR 01 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>Central District of California<br>BY llewis      DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –_Los Angeles_ DIVISION**

| In re:<br><br>**SABRINA CUPID,**<br><br><br>Debtor(s). | CASE NO.: 2:25-bk-19902-NB<br>CHAPTER: 13 |
|---|---|
| | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |

**Movant** (*name*):  DEBTOR

1.  Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion*: Ex Parte Application for Order Shortening Time and Notice of Emergency Motion to Avoid Judicial Lien (11 U.S.C. § 522(f)) (dkt. 176)

    b.  *Date of filing of motion:*  April 1, 2026

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: April 1, 2026

3.  Based upon the court's review of the application, it is ordered that:

    a.  ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒ The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** April 9, 2026 | **Place:** |
| **Time:** 8:30 a.m. | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1545 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed: <u>N/A</u>

| | |
|---|---|
| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
| Date: | |
| Time: | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using <u>the methods set forth below</u>: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~

(A) ☐ ~~Personal Delivery~~ ☐ ~~Overnight Mail~~ ☐ ~~First class mail~~ ☐ ~~Facsimile*~~ ☐ ~~Email*~~

| | |
|---|---|
| (B) *Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Filing ("NEF"):* <br><br> Date: **April 3, 2026** <br><br> Time: <u>**5:00 p.m.**</u> | (C) *Persons/entities to be served with written notice and a copy of this order:* <br><br> **Parties to be served via Expedited Service:** <u>The holder of the lien to be avoided and any other holder of a lien or encumbrance against the subject property.  See LBR 4008-1(c)(1)&(2).</u> <br><br> ☐ See attached page <br> (D) *Service is also required upon*: <br> -- United States trustee *(electronic service is not permitted)* <br> ~~-- Judge's copy personally delivered to chambers (see Court Manual for address)~~ |

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~ <u>Same as above</u>.

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

(7) ☒ Other requirements:
  Although Debtor's motion under 11 U.S.C. § 522(f) is not dependent on any sale of the subject Property, nevertheless the reason Debtor is requesting shortened time is so that the sale can close. Therefore, this Court states the following limitations on the relief that this Court is granting, to avoid possible misunderstandings.
  The *only* thing that this Order does is to set an expedited hearing on the section 522(f) motion, because the judicial lien asserted by Ms. Lyons-White is *one* obstacle to any closing of the proposed sale of the Property. This Court is *not* assuring that the proposed sale can overcome any *other* obstacles.
  In particular, this Court notes that (a) the proposed sale price is less than the asserted dollar amount of the liens (the estimated closing statement would require Debtor or the other owners of the subject property to pay over $46,000.00 to enable the proposed sale to close (PDF p. 52 of 56)), (b) relief from the automatic stay has already been granted to second lienholder Mr. Harris, including "*in rem*" relief (*see* Orders, dkt. 111, 175), and (c) this Court has rejected Debtor's prior disputes of the dollar amounts owed to Mr. Harris (*see* Orders, dkt. 163-165). Therefore, it appears that Debtor will need to amend her sale motion (dkt. 166) to assert grounds to sell free and clear of Mr. Harris' lien to the extent that it exceeds the net proceeds of the sale (under one or more subsections of 11 U.S.C. 363(f), which is addressed in the "Procedures of Judge Bason" available at www.cacb.uscourts.gov). Alternatively, it appears that Debtor will need to come to some sort of voluntary arrangement with Mr. Harris, or else propose some other method to address how the Property can be sold without his agreement.
  Again, those issues are not presently before this Court. The only point is to be clear about the limitations of this order. It is only setting a hearing on Debtor's section 522(f) motion on shortened time. It is not granting any relief regarding any proposed sale of the Property.

*Hearings in Judge Bason's courtroom (1545) are now* **simultaneously (1) IN PERSON in the courtroom, unless the Court has been closed (check the Court's website for public notices), (2) via ZOOMGOV video, and (3) via ZOOMGOV telephone.** *Parties are free to choose from any of these options. For instructions on how to appear via ZoomGov, please see the tentative ruling that will be posted for the first matter on the calendar (i.e., page 1 of the posted tentative rulings). Note that CourtCall (the service that was previously used by this Court for telephonic appearances) will not be able to connect to the hearing, but ZoomGov will permit either video or telephonic appearance (at no cost to the user).*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| | |
|---|---|
| ☐ at least 2 days before the hearing. | |
| ☒ no later than:  Date: April 3, 2026 | Time: |

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: April 1, 2026

*Neil W. Bason* (signature)

Neil W. Bason
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 3    F 9075-1.1.ORDER.SHORT.NOTICE

# CERTIFICATE OF SERVICE

I, the below-named deputy clerk of the United States Bankruptcy Court, certify that I placed a true and correct copy of the attached document in a sealed envelope for collection and mailing, no later than the next business day that is not a court-observed holiday, in the United States mail, first class, postage prepaid, and addressed as follows:

<u>Debtor</u>
Sabrina Cupid
(Served via E-mail: Brinacupid@gmail.com)

☐ Service information continued on attached page

Date:    4/1/2026        Signature:            /s/ Litaun T. Lewis
                         Deputy Clerk [*printed name*]:    Litaun T. Lewis

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.