Sabrina Cupid
5555 E Stearns Street
Suite 107 Box 28
Long Beach, CA 90815
510-935-5048
Brinacupid@gmail.com
IN PRO PER

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

SABRINA RENEE CUPID

) Case No.: 2:25-bk-19902-NB
)
)
) CHAPTER 13
)
)
) **NOTICE OF URGENCY AND**
) **SUPPLEMENTAL DECLARATION IN**
) **SUPPORT OF EX PARTE MOTION**
) **TO APPROVE SALE OF REAL**
) **PROPERTY**
)
) Hearing:
) Time: 8:30am
) Crtrm:1545
) Court Address: 255 East Temple Street,
) Los Angeles, CA 90012

## NOTICE OF URGENCY

TO THE HONORABLE COURT, THE CHAPTER 13 TRUSTEE, AND ALL INTERESTED

PARTIES:

Debtor Sabrina Cupid respectfully submits this Notice of Urgency to advise the Court of material

developments requiring immediate attention regarding Debtor's pending Ex Parte Motion to

Approve Sale of Real Property.

Since the filing of the Ex Parte Motion, the buyer has issued a 3-Day Notice to Perform, placing the

transaction at immediate risk of cancellation.

1

NOTICE OF URGENCY AND SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE MOTION TO
APPROVE SALE OF REAL PROPERTY

If the Court does not act promptly on the pending motion, Debtor will suffer irreparable harm, including:

- Loss of the pending sale transaction
- Loss of significant equity in the property
- Increased risk of foreclosure
- Financial harm to the bankruptcy estate and creditors

Debtor respectfully requests expedited consideration of the pending Ex Parte Motion or such relief as the Court deems appropriate to preserve the transaction.

**SUPPLEMENTAL DECLARATION OF SABRINA CUPID**

I, Sabrina Cupid, declare as follows:

1. I am the Debtor in this Chapter 13 case and the movant in the pending Ex Parte Motion to Approve Sale of Real Property. I make this declaration based on personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. On or about April 1, 2026, I filed an Ex Parte Motion seeking Court approval to sell the real property located at:

   51 Elysian Fields Drive, Oakland, California 94605 (the "Property").

3. The proposed sale is necessary to preserve estate value, satisfy creditor claims, and prevent foreclosure.

2

4. On or about April 3, 2026, I received a 3-Day Notice to Perform from the buyer, which is attached hereto as Exhibit A.

5. The Notice to Perform requires immediate action and indicates that the buyer may cancel the transaction if contractual obligations are not satisfied within three (3) days.

6. The buyer's demand is directly tied to the need for Court approval of the sale, which remains pending.

7. If the sale is not approved in a timely manner:

  - The buyer may cancel the contract;

  - The transaction will collapse;

  - The estate will lose significant equity; and

  - The Property may proceed toward foreclosure.

8. I have acted diligently and in good faith to obtain Court approval and complete the sale.

9. The current situation presents immediate and irreparable harm that cannot be remedied if the transaction is lost.

10. I respectfully request that the Court:

- Expedite review of the pending Ex Parte Motion;

- Approve the sale on an urgent basis; or

- Provide such further relief as necessary to preserve the transaction.

3

NOTICE OF URGENCY AND SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE MOTION TO
APPROVE SALE OF REAL PROPERTY

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  April 3, 2026

Sabrina Cupid, Debtor
5555 E Stearns St.
Suite 107 Box 28
Long Beach, CA 90815
510-935-5048
brinacupid@gmail.com

4

NOTICE OF URGENCY AND SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE MOTION TO
APPROVE SALE OF REAL PROPERTY



## CALIFORNIA ASSOCIATION OF REALTORS®

## DEMAND TO CLOSE ESCROW
### (C.A.R. Form DCE, Revised 12/21)

In accordance with the terms and conditions of the Purchase Agreement, OR ☐ Other _____ ("Agreement"), dated __02/08/2026__, on property known as ____**51 Elysian Fields Drive, Oakland, CA 94605**____ ("Property"), between _____**Janina Cabrera**_____ ("Buyer"), and _____**Sabrina Reese Cupid, Marian S. Turner Riley, April Wanda Dee Riley**_____ ("Seller") with an agreed upon Close Of Escrow date of ___04/02/2026___.  Buyer and Seller are referred to as the "Parties."

1.  **Seller hereby demands that Buyer close escrow on the Property:**

    **A.** ☐ **Within 3 (or** ☐ _____ **(but no less than 3 Days as specified in the Agreement)) Days** after Delivery of this Demand To Close Escrow but no earlier than the agreed upon Close Of Escrow date.
**OR B.** ☐ By _____(Date), which is at least **3 Days** after Delivery of this Demand to Close Escrow but no earlier than the agreed upon Close Of Escrow date.

**Note To Buyer:** If you do not close escrow by the end of the time period specified in this Demand to Close Escrow, and Seller has fully performed, Seller may **(i)** immediately cancel the Agreement; **(ii)** bring legal action against you for damages (including but not limited to the deposit); or **(iii)** bring legal action against you to force you to buy the Property (specific performance).

_____    _____
**Seller**                                     **Date**

_____    _____
**Seller**                                     **Date**

_____

2.  **Buyer hereby demands that Seller close escrow on the Property:**

    **A.** ☒ **Within 3 (or** ☐ _____ **(but no less than 3 Days as specified in the Agreement)) Days** after Delivery of this Demand To Close Escrow, but no earlier than the agreed upon Close Of Escrow date.
**OR B.** ☐ By _____(Date), which is at least **3 Days** after Delivery of this Demand to Close Escrow but no earlier than the agreed upon Close Of Escrow date.

**Note To Seller:** If you do not close escrow by the end of the time period specified in this Demand to Close Escrow, and Buyer has fully performed, Buyer may **(i)** cancel the Agreement and bring legal action against you for damages because of your breach of contract, **(ii)** bring legal action against you to force you to sell the Property (specific performance), or **(iii)** both.

*Janina Cabrera*_____    *Janina Cabrera*    2026-Apr-02
**Buyer** ─C4F8615E0D084A9...                                          **Date**

_____    _____
**Buyer**                                     **Date**

© 2024, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®.

Published and Distributed by: REAL ESTATE BUSINESS SERVICES, LLC. *a subsidiary of the California Association of REALTORS®*

**DCE REVISED 12/21 (PAGE 1 OF 1)**



**EQUAL HOUSING OPPORTUNITY**


*Tina Harris | Better Homes Realty | Generated by Glide*

## DEMAND TO CLOSE ESCROW (DCE PAGE 1 OF 1)


287abcf4-ab15-48b1-983a-f7f04c10c9bf

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
116 W Tichenor St
Compton, CA 90220

A true and correct copy of the foregoing document entitled (*specify*): Notice of Urgency and Supplimental Declaration
 In Support of Ex Parte Motion to Approve Sale of Real Property

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
   4/3/2026        , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 Kathy A Dockery
 801 Figueroa Street, Suite 1850,
 Los Angeles, CA 90017
 TRUSTEE@LATRUSTEE.COM

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)     4/3/2026       , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ANDREW J. MASE;THE RYAN FIRM;2603 MAIN ST. SUITE 1225;IRVINE, CA 92614, AT&T Mobility;PO Box 6463;Carol Stream, IL 60197-6463, AidVantage;PO Box 4450;Portland, OR 97208-4450, Alameda County Central Collections;1221 Oak Street;Room 220;,Asset Default Management, Inc;28348 Roadside Drive;Agoura Hills, CA 91301, Credence Resource Management, LLC;4222 Trinity Mills;Suite 260;Dallas, TX 75287 Los Angeles Division;255 East Temple Street,;Los Angeles, CA 90012
MG Evolve Apartments LLC;10505 Sorrento Valley Rd;Suite 300;San Diego, CA 92121, Macys/ Citibank;PO Box 6789;Sioux Falls, SD 57117-6789, Shellpoint Mortgage Servicing;P.O. 51850;Livonia, MI 48151-5850, Tracey Michelle Lyons-White;2000 Park Street;Suite Suite 101 Box 1609;Columbia, SC 29201

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 4/3/2026   Chris Ryan | | *Chris Ryan* (signature) |
| *Date*      *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                **F 9013-3.1.PROOF.SERVICE**